PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Lamont Marshall           **Docket Number:** 09-00538-001
                                                **PACTS Number:** 39376

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler

**Date of Original Sentence:** 10/23/2009

**Original Offense:** Escape from the Custody of the Attorney General

**Original Sentence:** 18 months imprisonment (time served); 2 years supervised release

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** 10/23/09

**Assistant U.S. Attorney:** John Gay, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On April 16, 2011, Marshall reportedly stole a cell phone from a fellow-resident of the Milestone House, Dover, New Jersey. He allegedly told the resident that he had a gun. |
| 2 | The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
|   | Marshall has relapsed into drug use several times while on supervision. He used cocaine on approximately June 15, 2010 and August 17, 2010. He tested positive for alcohol consumption on April, 6, 2011. |


PROB 12C - Page 2
Lamont Marshall

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 4/20/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
4/20/11
Date